

July 18, 2011

**VIA E-MAIL AND U.S. MAIL**

Karen Hom
Courtroom Deputy to Magistrate Judge Joseph C. Spero
U.S. District Court - Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    American President Lines, Ltd. et al. v. Lincoln General
                Insurance Company, et al.
                USDC Court Case No.: 11-01593 JCS

Dear Ms. Hom:

Pursuant to our email conversation this morning, please let this letter serve as my formal request to continue the Case Management Conference in the above-captioned matter from this Friday, July 22, 2011 until August 12, 2011.

The parties have settled the matter and the continuance will allow payments to be made, and a dismissal entered, obviating the need for the court's further involvement with this matter.

Thank you for your attention to this matter.

Dated: July 19, 2011

IT IS SO ORDERED
Judge Joseph C. Spero

Sincerely yours,

Mark K. de Langis

Mark K. de Langis
Attorney At Law
2110 Elderberry Lane
San Rafael, CA 94903
(415) 472-3892 tel
(415) 472-3977 fax
mdelangis@lucasvalleylaw.com